In the Matter of Gale Lee Davis, Appellant, v City of New York Comptroller et al., Respondents.

Submitted August 22, 2011; decided October 18, 2011

---

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 773 (2011)].